# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

SIDNEY ANDERSON,                               No. CIV S-07-1651-FCD-CMK-P

    Plaintiff,

  vs.                                                        ORDER

M. MARTEL, et al.,

    Defendants.

_____/

       Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the court is plaintiff's motion for an extension of time (Doc. 9), filed on September 20, 2007.

       On August 24, 2007, the court directed plaintiff to submit within 30 days documents for service of his complaint by the United States Marshal.  Plaintiff now seeks an extension of that deadline.  Good cause appearing therefor, the request will be granted.  Plaintiff is warned that failure to comply with the court's August 24, 2007, order within the time provided in this order may result in dismissal of this action for lack of prosecution and failure to comply with court orders and rules.  See Local Rule 11-110.

///

1     Accordingly, IT IS HEREBY ORDERED that:

2     1.     Plaintiff's motion for an extension of time is granted; and

3     2.     Within 30 days of the date of service of this order, plaintiff shall complete the Notice of Submission of Documents and submit the following documents to the court:

    a.     The completed Notice of Submission of Documents;
    b.     One completed summons;
    c.     Six completed USM-285 form(s); and
    d.     Seven copies of the endorsed complaint filed August 13, 2007.

DATED: September 26, 2007.

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

2