IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **SIDNEY ANDERSON,**<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>**M. MARTEL, et al.,**<br><br>　　　　　　　　　　Defendants. | Case No.: 2:07-CV-1651 FCD CMK P<br><br>**ORDER RE DEFENDANTS' FIRST REQUEST FOR AN EXTENSION OF TIME TO FILE INITIAL RESPONSIVE PLEADING** |

　　　　Defendants'[1] First Request for an Extension of Time to File Initial Responsive Pleading was considered by this Court and, good cause appearing,

　　　　IT IS ORDERED that Defendants have a thirty-day extension to file their initial response to Plaintiff's Complaint, up to and including March 4, 2008.

DATED: February 12, 2008

　　　　　　　　　　　　　　　　　　　　　　　　_/s/ Craig M. Kellison_____
　　　　　　　　　　　　　　　　　　　　　　　　**CRAIG M. KELLISON**
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

---

　　　1.　　This request is submitted on behalf of defendants Vance, Finnegan, Shannon, Biggs, and Gold. Defendants Vance Finnegan, Shannon, and Biggs have waived service. Service of process for defendants Gold and Martel has not yet been returned executed.

1